WILLIAM D. ELGER, RESPONDENT, *v.* EDWARD KANE, APPELLANT.

Judgment affirmed.

Opinion by BRADY, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, *v.* THE CENTRAL CROSS-TOWN RAILROAD COMPANY, OF NEW YORK.

Motion to dismiss appeal from judgment, with $10 costs, granted.

Opinion by DAVIS, P. J.

---

WILLIAM RAYNOR, APPELLANT, *v.* EMILY M. RANDALL, RESPONDENT.

Judgment affirmed, with costs.

Opinion by BARRETT, J.

---

AUGUSTA C. GENET, APPELLANT, *v.* THE PRESIDENT, MANAGERS, AND COMPANY OF THE DELAWARE AND HUDSON CANAL COMPANY, RESPONDENTS.

Judgment modified, as directed in opinion.

Opinion by BARRETT, J.

---

CHARLES B. BROECK AND WILLIAM G. PENNYPACKER, RESPONDENTS, *v.* JAMES EVERARD, APPELLANT.

Judgment reversed, new trial ordered, costs to abide event.

Opinion by BARRETT, J.

---

JOHN S. PROUTY, APPELLANT, *v.* RODNEY M. WHIPPLE, RESPONDENT.

Judgment reversed, with costs.

Opinion by DAVIS, P. J.

---

GEORGE M. DORRANCE, ASSIGNEE OF GEORGE D. BAYAUD, APPELLANT, *v.* GEORGE GARRISON, RESPONDENT.

Order modified, as directed in opinion.

Opinion by INGALLS, J.